Veronica Kuiumdjian (SBN 244825)
　　VKuiumdjian@reedsmith.com
Reed Smith LLP
355 South Grand Avenue, Suite 2800
Los Angeles, CA 90071-1514
Telephone: (213) 457-8000
Facsimile: (213) 457-8080

Attorney for GE Capital Retail Bank
(erroneously sued as GE Capital)

# THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MARTY FREYWALD, an individual<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GE CAPITAL, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No.: 2:14-cv-03972<br><br>[Removal from Superior Court of California, County of Ventura, Case No. 56-2014-00450943-CU-PO-VTA]<br><br>**DEFENDANT GE CAPITAL RETAIL BANK'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1331, 1367 AND 1441(a)**<br><br>**[FEDERAL QUESTION]**<br><br>Compl. Filed: March 26, 2014 |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT OF THE CENTRAL DISTRICT OF CALIFORNIA:**

PLEASE TAKE NOTICE that Defendant GE Capital Retail Bank, erroneously named as GE Capital, (hereinafter "GECRB"), by and through its undersigned counsel, pursuant to 28 U.S.C. §§ 1331, 1367 and 1441(a), files this Notice of Removal to remove the action described below from the Superior Court of the State of California, County of Ventura, to the United States District Court for the Central District of California, Western Division.  In support of this Notice of Removal, GECRB states as follows:

1. On March 26, 2014, Plaintiff Marty Freywald filed a complaint in the Superior Court of California, County of Ventura, against GE Capital Retail Bank (erroneously named as GE Capital), thereby commencing a lawsuit entitled *Marty Freywald v. GE Capital, et al*. and assigned case no. 56-2014-00450943-CU-PO-VTA.  Copies of the summons and complaint are attached.  *See* Exhibit A.

2. On April 28, 2014, Plaintiff served GECRB with the Complaint and Summons by certified mail.  *See* Exhibit B.  Also, attached as Exhibit C, are all of the remaining documents in the state court case file.

3. GECRB timely files this Notice of Removal within 30 days of being served with the Complaint and Summons.  *See* 28 U.S.C. § 1446(b); Fed. R. Civ. P. 6(a).

4. GECRB removes this case on grounds of federal question jurisdiction under 28 U.S.C. § 1331.  Count IV of Plaintiff's Complaint alleges a violation of a federal statute, the Telephone Consumer Protection Act ("TCPA").  47 U.S.C. § 227. *See Mims v. Arrow Fin. Servs., LLC*, ____ U.S. ___, 132 S.Ct. 740, 753 (2012) (holding that federal courts have federal question jurisdiction over TCPA suits).

5. To the extent that any other claims in this action may arise under state law, supplemental jurisdiction over such claims exists pursuant to 28 U.S.C. § 1367.

DEFENDANT GE CAPITAL RETAIL BANK'S NOTICE OF REMOVAL PURSUANT TO
28 U.S.C. §§ 1331, 1367, AND 1441(a)

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

6. GECRB, in accordance with 28 U.S.C. § 1446(d), will promptly serve a copy of this Notice on counsel for Plaintiff and will file a copy of the Notice with the Clerk of the Superior Court of California, County of Ventura.

7. There are no other cases related to the instant action, and GECRB has not attempted to remove this case previously.

8. With this Notice of Removal, GECRB has filed true and accurate copies of all process and pleadings served upon it in this action as required by 28 U.S.C. § 1446(a).

9. The Superior Court of California for the County of Ventura is located within the Central District of California, Western Division. *See* 28 U.S.C. § 84(c)(2). Thus, venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

**WHEREFORE**, Defendant, GE Capital Retail Bank, respectfully removes the above-captioned action from the Superior Court of the State of California, County of Ventura to this Honorable Court.

DATED: May 23, 2014         REED SMITH LLP

                            By: */s/ Veronica Kuiumdjian*
                                Veronica Kuiumdjian
                                Attorney for Defendant
                                GE Capital Retail Bank (erroneously sued as GE Capital)