1  Veronica Kuiumdjian (SBN 244825)
       VKuiumdjian@reedsmith.com
2  Reed Smith LLP
   355 South Grand Avenue, Suite 2800
3  Los Angeles, CA 90071-1514
   Telephone: (213) 457-8000
4  Facsimile: (213) 457-8080

5  Attorney for GE Capital Retail Bank
   (erroneously sued as GE Capital)

6

7
                    **THE UNITED STATES DISTRICT COURT**
8
                **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
9
                             **WESTERN DIVISION**
10

11 | MARTY FREYWALD, an individual | Case No.: 2:14-cv-03972 |
12 | Plaintiff, | [Removal from Superior Court of California, County of Ventura, Case No. 56-2014-00450943-CU-PO-VTA] |
13 | vs. | |
14 | GE CAPITAL, and DOES 1 through 50, inclusive, | **DEFENDANT GE CAPITAL RETAIL BANK'S NOTICE INTERESTED PARTIES** |
15 | | |
16 | Defendants. | Compl. Filed: March 26, 2014 |

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT GE CAPITAL RETAIL BANK'S NOTICE OF INTERESTED PARTIES

Pursuant to FRCP 7.1 and Local Rule 7.1-1, the undersigned, counsel of record for defendant GE Capital Retail Bank, erroneously named as GE Capital (hereinafter "GECRB"), certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

GECRB is a wholly owned subsidiary of Synchrony Financial, which is wholly-owned by GE Consumer Finance, Inc., which is a wholly owned subsidiary of General Electric Capital Corporation, which is a wholly owned subsidiary of General Electric Company.

DATED: May 23, 2014        Respectfully submitted,

REED SMITH LLP


By:   */s/ Veronica Kuiumdjian*
      Veronica Kuiumdjian
      Attorney for Defendant
      GE Capital Retail Bank (erroneously sued as GE Capital)