Andre L. Verdun (SBN 265436)
William Jarrell (SBN 290271)
Attorney at Law
**CROWLEY LAW GROUP**
401 West "A" Street, Ste. 925
San Diego, CA 92101
Tel. (619) 238-5700
Fax. (866) 786-6993
AndreVerdun@CrowleyLawGroup.com
WillJarrell@CrowleyLawGroup.com

Attorneys for Plaintiff
Marty Freywald

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARTY FREYWALD,** an individual**,**<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br><br>**GE CAPITAL,** and **DOES 1-50**, inclusive,<br><br>　　　　　Defendant. | Case #: 2:14-cv-03972-MWF-AJW<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

## TO THE COURT:

　　Plaintiff hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled and to request 45 days in which to file the dismissal.

Dated:  July 21, 2014                              **CROWLEY LAW GROUP**

　　　　　　　　　　　　　　　　　　　　　 s/Andre L. Verdun
　　　　　　　　　　　　　　　　　　　　Andre Verdun,
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　MARTY FREYWALD