Andre L. Verdun, ESQ. (SBN 265436)
401 West A Street, Ste 925
San Diego, CA 92101
Tel. (619) 238-5700

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARTY FREYWALD,**<br><br>            Plaintiff,<br><br>     vs.<br><br>**GE Capital,**<br><br>            Defendants. | Case No.: 2:14-cv-03972-MWF-AJW<br><br>**JOINT MOTION TO DISMISS CASE WITH PREJUDICE** |

**THE PARTIES HERE JOINTLY REQUEST:**

The parities hereby request that this case be dismissed with prejudice.

          /s/ Andre L. Verdun
Andre L. Verdun
Attorney for the Plaintiff

/s Veronica Kuiumdjian
Veronica Kuiumdjian
Attorney for the Defendant
GE Capital

-1-
**JOINT MOTION TO DISMISS CASE WITH PREJUDICE**