JS-6

Andre L. Verdun, ESQ. (SBN 265436)
401 West A Street, Ste 925
San Diego, CA 92101
Tel. (619) 238-5700

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARTY FREYWALD,**<br><br>        Plaintiff,<br><br>vs.<br><br>**GE Capital,**<br><br>        Defendants. | Case No.: 2:14-cv-03972-MWF-AJW<br><br>**JOINT MOTION TO DISMISS CASE WITH PREJUDICE** |

## THE PARTIES HERE JOINTLY REQUEST:

The parities hereby request that this case be dismissed with prejudice.

          /s/ Andre L. Verdun
          Andre L. Verdun
          Attorney for the Plaintiff

          /s Veronica Kuiumdjian
          Veronica Kuiumdjian
          Attorney for the Defendant
          GE Capital

IT IS SO ORDERED.
DATED: August 29, 2014

/s/ Michael W. Fitzgerald
UNITED STATES DISTRICT JUDGE

JOINT MOTION TO DISMISS CASE WITH PREJUDICE